April 9, 2008

To: The Honorable, Thelton B. Henderson
Senior Judge, of the U.S. District Court
For the Northern District of Calif.
Courtroom 12, 19th Floor
450 Golden Gate Ave.
San Francisco, Ca. 94102.

FILED
APR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

CV 08    2003    TEH

(PR)

Respectfully Submitted.
Formal Complaint

Item #1, On June 1st, 2005, California initiated a ban on all tobacco products on State Prison Facilities. With the passing of time, officers have resisted this ban, by using smokeless tobacco products.

It's also let certain correctional staff, establish an ongoing criminal enterprise, of providing said illegal tobacco "smoking and chewing" to inmates at extorbiant prices (IE) $260.00 for a can of Buglar that cost them as little as $20.00 per can. With the recieving inmate selling pouches of this tobacco for 60-75.00 per pouch, just to make a profit over and above what he paid for it.

For the most part correctional staff looks the other way, or turn's a blind eye to what's going on. While others or all correctional staff are not involved in this illegal black market.

Respectfully David Lee White

David Lee White

See Reverse side →

Complaintant is a 64 year old Inmate serving an 30 year to Life sentence on and alleged plea of no contest to an unfiled Felony complaint; a Felony complaint that superceed the original complaint in severity a complaint that my counsel stated no objection to when it was filed. Then waived both the reading and arraignment to the newly amended Felony complaint. Without giving his client who is hearing impaired a chance to say anything.

Court Transcripts of April 12, 1999, will bear me out on this.

My counsel was acting under a Constitutional Conflict of Intrest.

See Cal. Crim. Law Practice & Procedure Section 18,15, Conflict of Intrest.

Section 5.3 Appointment of Private Counsel, Public Defenders Conflict of Intrest.

Public Defender, assistant.

See Enclosed Statement From Gary S. Goalen, on Case No SF00-041 on ha seas. (is missing from my file)

Petitioner is asking for Justice, and he will work with any investigator's the court appoints to investigate this organized criminal entrapment (no matter what)!

Submitted this 9th, day of April 2008

David Lee White H42517
Solano III, 7-5-133L
PO Box 4000
Vacaville Ca. 95696-4000

