*Fed Complaint Civil*

**E-filing**

FILED
08 MAY 12 PM 1:57
[clerk stamp]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

David L. White, Plaintiff,

vs.

OK Cisco, Defendant.

CASE NO. CV 08 2003 TEH (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, David Leo White, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_1998, Self Employed Gold Miner_
_approx. $500.00 per Month_
_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment     Yes ___ No ✓

    b. Income from stocks, bonds, or royalties?     Yes ___ No ✓

    c. Rent payments?     Yes ___ No ✓

    d. Pensions, annuities, or life insurance payments?     Yes ___ No ✓

    e. Federal or State welfare payments, Social Security or other government source?     Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____
_____

3. Are you married?     Yes ___ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.    a. List amount you contribute to your spouse's support:$ _____

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____ N/A _____
6  _____

7  5.  Do you own or are you buying a home?   Yes ___ No X
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?   Yes ___ No X
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ___ No X (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No ✓ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✓
20 _____

21 8.  What are your monthly expenses?
22 Rent: $ ____0____  Utilities: ____0____
23 Food: $ ____0____  Clothing: ____0____
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 _____          $ _____          $ _____
27 ___N/A___          $ ___N/A___          $ ___N/A___
28 _____          $ _____          $ _____

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _____
4  _____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ____   No ____
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 05-06-08                              David Lee White
17     DATE                              SIGNATURE OF APPLICANT


Case Number: CV-08-2003

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __David Lee White__ for the last six months
[prisoner name]
__Solano III C.S.P.__ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0.00__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0.00__.

Dated: __5/8/08__          __Barbara Ra__
                           [Authorized officer of the institution]

```
REPORT ID: TS3030   .701                                                                REPORT DATE: 05/08/08
                                                                                        PAGE NO:          1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                             CALIFORNIA STATE PRISON SOLANO
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: NOV. 01, 2007 THRU MAY 08, 2008

ACCOUNT NUMBER  : H42517                            BED/CELL NUMBER: S105T100000133L
ACCOUNT NAME    : WHITE, DAVID LEE                  ACCOUNT TYPE: I
PRIVILEGE GROUP : A

                            TRUST ACCOUNT ACTIVITY

 TRAN
DATE  CODE  DESCRIPTION           COMMENT       CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE

11/01/2007  BEGINNING BALANCE                                                              0.00
03/12 D340  EFT DEPOSIT           JP510-2119                   30.00                      30.00
03/24 FC01  DRAW-FAC 1            2270-MKUP                                30.00           0.00

                            TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL         TOTAL        CURRENT      HOLDS       TRANSACTIONS
  BALANCE        DEPOSITS      WITHDRAWALS  BALANCE      BALANCE     TO BE POSTED
  ---------      --------      -----------  -------      -------     ------------
     0.00         30.00         30.00        0.00          0.00         0.00

                                                                     CURRENT
                                                                     AVAILABLE
                                                                     BALANCE
                                                                     ---------
                                                                        0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY *Barbara Potts*
   TRUST OFFICE